JOHN BOLL v. SHARP & DOHME, INC.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Cohn, Callahan and Breitel, JJ. [See 281 App. Div. 568.]

■

HILTON WATCH CO., INC., v. BENRUS WATCH Co. et al.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [See 282 App. Div. 939.]

■

In the Matter of THOMAS F. REILLY et al., Individually and on Behalf of Others Similarly Situated, Appellants, against BOARD OF HIGHER EDUCATION OF CITY OF NEW YORK et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Callahan, J. P. Breitel, Bastow, Botein and Bergan, JJ. [See 282 App. Div. 1038.]

■

LAURENCE FRAZIER et al., v. FOREIGN BONDHOLDERS PROTECTIVE COUNCIL, INC., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See ante, p. 44.]

■

LANE-MARVEY CORPORATION, Appellant, and ROCKET ASSOCIATES, INC., Intervener, Appellant, v. EDWARD T. MCCAFFREY, as Commissioner of Licenses of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See 282 App. Div. 1013.]

■

RICHARD J. CRONAN, Appellant, v. OTTO F. G. SCHILLING, Defendant. SWISS BANK CORPORATION, Third-Party Respondent.—Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See 282 App. Div. 940.]

■

HUBBS CORPORATION v. MORRIS WAXMAN et al., Individually and as Copartners Doing Business under the Name of WAXMAN PAPER Co., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See 282 App. Div. 1024.]

■

In the Matter of the Accounting of MELVILLE E. REGENSBURG et al., as Executors and Trustees under the Will of CARRIE AHRENS, Deceased. CATHERINE E. PILTZ, as Executrix of JEROME M. AHRENS, SR., Deceased, Appellant; ESTELLE K. REGENSBURG et al., as Executors of MORTIMER REGENSBURG, Deceased, Individually and as Executor and Trustee under the Will of CARRIE AHRENS, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See 282 App. Div. 1012.]